UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 23-cr-00280-01 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| ALONZO D. CARTER (01) | MAGISTRATE JUDGE HORNSBY |

# ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

It is hereby ordered, adjudged, and decreed that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count One of the Bill of Information.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 28th day of JUNE, 2024.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE